No. 8,006.—GLENN L. SMURR, Appellant, v. ELIZABETH A. SMURR, Respondent.

Decided April 16, 1940.

PER CURIAM.—The parties having filed a praecipe of dismissal of the appeal herein, it is ordered that the appeal be, and the same is hereby, dismissed.

*Mr. Wellington D. Rankin* and *Mr. Arthur P. Acher,* for Appellant.

*Messrs. Pope, Smith & Smith,* for Respondent.

No. 9,010.—STATE ex Rel. HUGH BURWELL, Petitioner, v. ALEX McLEOD, Sheriff of Silver Bow County, Respondent.

Decided May 28, 1940.

*Mr. John B. McClernan,* for Petitioner.

*Mr. W. E. Coyle* and *Mr. J. F. Emigh,* for Respondent.